<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1308**

REGINALD JONES,

    Plaintiff - Appellant,

  v.

WELLS FARGO BANK, N.A., d/b/a America's Servicing Company,

    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge. (8:16-cv-00233-RWT)

Submitted:  October 13, 2016   Decided:  October 17, 2016

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jon D. Pels, THE PELS LAW FIRM LLC, Bethesda, Maryland, for Appellant.  Russell J. Pope, Justin E. Fine, TREANOR POPE & HUGHES, P.A., Towson, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Jones appeals the district court's order dismissing his complaint as barred by res judicata. On appeal, Jones does not challenge this finding; instead, he argues the merits of his underlying claim.

An appellant must present his "contentions and the reasons for them, with citations to the authorities and parts of the record on which the appellant relies." Fed. R. App. P. 28(a)(8)(A). "Failure to comply with the specific dictates of this rule with respect to a particular claim triggers abandonment of that claim on appeal." Edwards v. City of Goldsboro, 178 F.3d 231, 241 n.6 (4th Cir. 1999).

Jones has not challenged the district court's determination that the doctrine of res judicata bars his claim. Accordingly, he has abandoned his claim that the district court erred. Thus, we affirm for the reasons stated by the district court. Jones v. Wells Fargo, N.A., No. 8:16-cv-00233-RWT (D. Md. Mar. 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2